# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| James Kulpa, et al. | CASE NO.: 3:08-cv-50109 |
| Plaintiff, | |
| | JUDGE:  Kapala |
| v. | |
| | Magistrate Judge: Mahoney |
| ARS Recovery Services, LLC | |
| Defendant. | **REQUEST TO ISSUE SUMMONS** |

TO THE CLERK OF COURT:

Defendant ARS Recovery Services, LLC has declined to execute a Waiver of Service in

this matter.  Please issue the attached Summons and return the same to my attention at the

address below.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Tel: 866.339.1156
    Fax: 312-822-1064
    tjs@legalhelpers.com
    Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2008, I served Defendant with a copy of the

foregoing REQUEST TO ISSUE SUMMONS by depositing a copy of the same in the United

States Mail, addressed as follows:

ARS Recovery Services, LLC
c/o Business Filings, Inc., Registered Agent
600 S. 2nd St., #103
Springfield, IL 62704


s/Timothy J. Sostrin

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.                                         ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____                                    _____
(By) DEPUTY CLERK                                                                              DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served: _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

_____

**G**  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____        _____
                    Date                              *Signature of Server*



                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.