## United States District Court for the Northern District of Illinois

Case Number: 08-50109    Assigned/Issued By: Pb

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☒ No Fee    ☐ Other _____

**FILED**
**JUL 30 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**
☒ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

Original and 0 copies on 7/30/08 as to ARS Recovery Services LLC
(Date)

C:\wpwin80\docket\fecinfo.frm  01/01