# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| James Kulpa, et al.<br><br>    Plaintiff,<br><br>v.<br><br>ARS Recovery Services, LLC<br><br>    Defendant. | CASE NO.: 08-C-50109<br><br>JUDGE: Kapala<br><br>MAGISTRATE JUDGE: Mahoney<br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

Now come Plaintiffs, by and through counsel, and hereby dismiss the present action without prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    Bar ID # 6290807
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Email: tjs@legalhelpers.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail:

ARS Recovery Services, LLC
c/o Business Filings, Inc., Registered Agent
600 S. 2nd St., #103
Springfield, IL 62704

                                        s/Timothy J. Sostrin